UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

LAWRENCE YOUNG, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

        Plaintiffs,

        v.

AIU ONLINE, LLC, AND AMERICAN INTERCONTINENTAL UNIVERSITY, INC.

        Defendants.

------------------------------------- x

No.: 1:21-cv-5033

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), LAWRENCE YOUNG, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendants, AIU ONLINE, LLC, AND AMERICAN INTERCONTINENTAL UNIVERSITY, INC., with prejudice and without fees and costs.

Dated: New York, New York
       July 12, 2021

**GOTTLIEB & ASSOCIATES**

*/s/Michael A. LaBollita, Esq.*

Michael A. LaBollita, Esq., (ML-9985)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal

*Attorneys for Plaintiffs*

If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same thirty-day period. See Hendrickson v. United States, 791 F.3d 354, 358 (2d Cir. 2015).

SO ORDERED:

_____
United States District Court Judge Ronnie Abrams
July 13, 2021